**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**Reading Division**

| | | |
|---|---|---|
| In re: | : | Hon. Patricia M. Mayer |
| SARAH W. FALKSON, | : | Bankr. Case No.:  16-13916-PMM |
| Debtor. | : | Chapter 13 |
| SARAH W. FALKSON, | : | Adv. Proc. No.:  21-00085-PMM |
| Plaintiff, | : | |
| v. | : | |
| NAVIENT SOLUTIONS, INC., | : | |
| Defendant. | : | |

**ORDER APPROVING STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC AND FOR DISMISSAL OF THIS ADVERSARY PROCEEDING**

This matter is before the court on the Stipulation in Settlement of Adversary Proceeding ("Stipulation"), between Plaintiff, Sarah W. Falkson ("Plaintiff"), and Navient Solutions, LLC ("Navient"), on behalf of itself and named Defendant Navient Solutions, Inc.  The court having reviewed the record and for good cause shown, it is hereby **ORDERED** that:

1. The Stipulation is hereby **APPROVED**; and

2. This adversary proceeding is hereby **DISMISSED**, subject to the terms of the Stipulation.

Date: **May 6, 2022**

*Patricia M. Mayer*

**HON. PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**